UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*In re* Petition of

MOUSSY SALEM

FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. §1782 FROM BENO SALEM

Civil Action No. 23-mc-1092-ENV

### [PROPOSED] ORDER GRANTING PETITIONER'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE

**THIS CAUSE** came before the Court upon the *Ex Parte* Motion of Moussy Salem ("**Petitioner**") for Alternative Service (the "**Motion**") which seeks to serve the subpoenas *duces tecum* and *ad testificandum* (together, the "**Subpoenas**") by (1) email, WhatsApp and certified mail to Beno Salem ("**Beno**"); and (2) email and certified mail to Beno's New York-based attorney, Zvi Hahn.

The Court, having considered the papers on file and submitted herewith, and good cause appearing:

**HEREBY GRANTS** the Motion.

It is **HEREBY ORDERED** that Petitioner is granted leave to serve the Subpoenas by:

(1)   Email, to benosalem@yahoo.com;

(2)   WhatsApp, to +1 (917) 755-2154;

(3)   Certified mail, return receipt requested, addressed to Beno Salem, 2259 East 4th Street, Brooklyn, NY 11223;

(4)   Email, addressed to Beno Salem, care of Zvi Hahn, to zhahn@steptoe.com; and

(5) Certified mail, return receipt requested, addressed to Beno Salem, care of Zvi Hahn, Steptoe & Johnson LLP, W. R. Grace Building, 1114 6th Ave, New York, NY 10036.

Application Granted
SO ORDERED
Brooklyn, New York
Dated: __7/5/2023__

/s/ Eric N. Vitaliano
───────────────────
Eric N. Vitaliano
United States District Judge